IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES H. TRUSLOW, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:22cv00742 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| BRYAN F. HUTCHENSON, *et al.*, | ) | By:   Hon. Thomas T. Cullen |
| | ) |         United States District Judge |
| Defendants. | ) | |

Plaintiff James H. Truslow. Jr., a former inmate proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. After filing the action, Truslow advised the court that he had been released from incarceration. (*See* ECF No. 15.) By order entered March 22, 2023, the court advised Truslow that, because he was no longer an inmate, he would not be allowed to pay the filing fee in installments under the Prison Litigation Reform Act. (*See* ECF No. 16.) The court ordered Truslow to pay the balance of the filing fee or otherwise respond to the order within 10 days. (*Id.*) The court warned Truslow that failure to pay the filing fee or otherwise respond to the order would result in immediate dismissal of the action without prejudice. (*Id.*) To date, Truslow has not responded to the court's order. Accordingly, the court will dismiss this action without prejudice for failure to comply with the court's order.

**ENTERED** this 2nd day of May, 2023.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE